UNITED STATES COURT OF APPEALS
TENTH CIRCUIT

CASE NO.: 22-5099

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

vs.

RECO D. MANNING,

    Defendant-Appellant.
_____/

**WAIVER OF REPLY BRIEF FROM APPELLANT**

COMES NOW, the Appellant, RECO D. MANNING, by and through the undersigned attorney, and hereby gives notice that no reply brief will be filed in this case. This case may be submitted to the court.

Respectfully submitted,

*/s/ Ryan Thomas Truskoski*
_____
RYAN THOMAS TRUSKOSKI, ESQ.
RYAN THOMAS TRUSKOSKI, P.A.
Appellate Counsel for Appellant
NM Dist. Ct. Bar No. 16-164
1300-G El Paseo Rd. – Ste. 122
Las Cruces, NM 88001
(575) 404-3080
Email: Rtrusk1@aol.com

## **CERTIFICATE OF SERVICE AND DIGITAL SUBMISSION**

I HEREBY CERTIFY that the foregoing motion was filed with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system on this 26th day of March 2023. I ALSO CERTIFY that Amy E. Potter, Esq., attorney for the Plaintiff-Appellee United States of America, is a registered CM/ECF user, and that service will be accomplished by the appellate CM/ECF system. I ALSO CERTIFY that the digital submission of this document has been scanned for viruses with the most recent version of the scanning program Windows Defender, and, according to the program, the file is free of viruses.

*/s/ Ryan Thomas Truskoski*
_____
RYAN THOMAS TRUSKOSKI, ESQ.
Appellate Counsel for Appellant